**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | |
|---|---|
| In Re: Roger Martin, Jr. Debtor | Case No.: 3:18–bk–01100 Chapter: 7 |

**NOTICE TO ALL PARTIES IN INTEREST**

On December 13, 2018 the following document was filed:

*9* – Motion for Relief from Stay, or in the alternative Motion for Adequate Protection Regarding Real Property with an Address of 727 W. King St., Martinsburg, WV 25401 with Certificate of Service Filed by Timothy J. Amos on behalf of PNC Bank, National Association. Fee Amount $181. (Attachments: # 1 Proposed Order) (Amos, Timothy)

The aforementioned pleading is on file in the office of the undersigned Clerk, and you may review same during regular business hours of the Court.

YOU ARE FURTHER NOTIFIED that the relief requested in the Motion/Application may be granted if no proper objection is received. If you object to the Motion/Application, you must file your written objection before fourteen (14) days from the date of this Notice stating the nature of the objection with specificity; any proper objection will be set for Hearing upon further Notice to the interested parties. Objections shall be filed with this office at the address reflected below.

Date of Issuance: 12/14/18

Ryan W. Johnson
Clerk, U.S. Bankruptcy Court

By:
Amanda Recchio.
Deputy Clerk
Post Office Box 70
Wheeling, WV 26003
304–233–1655