**UNITED STATES BANKRUPTCY COURT**
Northern District of West Virginia

| | | |
|---|---|---|
| In Re: | Roger Martin, Jr.<br>Debtor | Case No.: 3:18−bk−01100<br>Chapter: 7 |

**NOTICE TO ALL PARTIES IN INTEREST**

On December 13, 2018 the following document was filed:

*9* − Motion for Relief from Stay, or in the alternative Motion for Adequate Protection Regarding Real Property with an Address of 727 W. King St., Martinsburg, WV 25401 with Certificate of Service Filed by Timothy J. Amos on behalf of PNC Bank, National Association. Fee Amount $181. (Attachments: # 1 Proposed Order) (Amos, Timothy)

The aforementioned pleading is on file in the office of the undersigned Clerk, and you may review same during regular business hours of the Court.

YOU ARE FURTHER NOTIFIED that the relief requested in the Motion/Application may be granted if no proper objection is received. If you object to the Motion/Application, you must file your written objection before fourteen (14) days from the date of this Notice stating the nature of the objection with specificity; any proper objection will be set for Hearing upon further Notice to the interested parties. Objections shall be filed with this office at the address reflected below.

Date of Issuance: 12/14/18

Ryan W. Johnson
Clerk, U.S. Bankruptcy Court

By:
Amanda Recchio.
Deputy Clerk
Post Office Box 70
Wheeling, WV 26003
304−233−1655

```
                            United States Bankruptcy Court
                            Northern District of West Virginia
In re:                                                                           Case No. 18-01100-pmf
Roger Martin, Jr.                                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0424-3           User: as                    Page 1 of 1                  Date Rcvd: Dec 14, 2018
                               Form ID: rlfstntc           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db          +Roger Martin, Jr.,    PO Box 4152,    Martinsburg, WV 25402-4152
cr          +PNC Bank, National Association,    3232 Newmark Drive,    Attention:  Bankruptcy Department,
              Miamiburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Aaron C. Amore     amorewvt@gmail.com,    aca@trustesolutions.net;jackiewvt@gmail.com;annwvt@gmail.com
              David Nalley    on behalf of Creditor    Ditech Financial LLC WVBK@rslegal.com,
               rsbkecfbackup@gmail.com;Reisenfeld@ecf.inforuptcy.com
              David J. Hinkle    on behalf of Debtor Roger  Martin, Jr. david@hinklelawpllc.com,
               djhinkle@hotmail.com;donna@hinklelawpllc.com;hinkleecfmail@gmail.com;r46932@notify.bestcase.com
              Timothy J. Amos    on behalf of Creditor    PNC Bank, National Association
               dcramlet.bk@goldenamos.com
              United States Trustee    ustpregion04.ct.ecf@usdoj.gov
                                                                                               TOTAL: 5