IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA (MARTINSBURG)

IN THE MATTER OF:                                    CASE NO.:  18-01100

ROGER MARTIN, JR.
DEBTOR                                               CHAPTER 7

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter came on for consideration upon the Motion of PNC BANK, NATIONAL ASSOCIATION, for an Order granting relief from the automatic stay herein.

The Court, being of the opinion to grant the relief, it is,

ORDERED that the automatic stay of Title 11 U.S.C. § 362 shall terminate as to the Debtor's interest in the hereinafter described real estate situate in the County of Berkeley and State of West Virginia to-wit:

> Property Address: 729 W. King Street, Martinsburg, WV  25401
>
> ALL THAT CERTAIN lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in Rosemont Addition to Martinsburg, Martinsburg District, Berkeley County, West Virginia, being more particularly bounded and described as follows:
>
> Beginning at a point in the southerly side of West King Street, the same being the north-westerly corner of the lot sold by Frank A. Minor to Margaretta and Loretta Roche; thence with their line southwardly parallel to Porter Avenue for a part of the distance,

passing through the center of the dividing wall between the two sides of a double house, 202 feet more or less, to the north line of a 13 foot alley; thence with said alley westwardly and nearly parallel with King Street 25 feet, more or less, to a stake in an alley corner to Roush; thence with said alley northwardly 203.9 feet, more or less, to a stake in King Street, thence with said street eastwardly 25 feet, more or less, to the beginning.

It is FURTHER ORDERED:

1. Relief is granted from the stay, PNC BANK, NATIONAL ASSOCIATION and any successors or assigns to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the property, or as an alternative to foreclosure PNC BANK, NATIONAL ASSOCIATION be permitted to accept a Deed in lieu or a Short Sale.

2. That the above property be abandoned as an asset of the estate but if any proceeds are derived from the repossession of the security interest in excess of the amount of the liens against the property and reasonable costs of the foreclosure, said excess shall be paid over to the Trustee.

3. This Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived and that this Order takes effect immediately upon being sign by the Court.

All communications including but, not limited to, notices required by state law,

sent by Creditor in connection with proceedings against the property may be sent directly to the Debtor. Debtors' counsel does not require service or notice.

PREPARED BY:

_____
Timothy J. Amos
WVSB # 7683
Golden & Amos, PLLC
Counsel for PNC Bank, National Association